IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARC POSTELL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER KHALIV IVY, et al. | : | NO. 11-2220 |

FILED
MAR 27 2012
MICHAEL E. KUNZ, Clerk
By________ Dep. Clerk

CIVIL JUDGMENT

Before the Honorable Robert F. Kelly:

AND NOW, this 27th day of March, 2012, in accordance with the verdict of the jury on this date,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the defendants and against the plaintiff.

BY THE COURT

ATTEST: *Thomas Garrity*
Thomas Garrity
Deputy Clerk

Civ 1 (8/80)